IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CUMBERLAND TRUCK EQUIPMENT CO., et al., | Case No. 2:05-CV-74594 |
| Plaintiff, | Hon. Arthur J. Tarnow |
| v. | Magistrate Mona K. Majzoub |
| DETROIT DIESEL CORPORATION, et al., | |
| Defendants. | |
| DIAMOND INTERNATIONAL TRUCKS INC., et al., | Case No. 2:05-CV-74530 |
| Plaintiff, | Hon. Arthur J. Tarnow |
| v. | Magistrate Mona K. Majzoub |
| DETROIT DIESEL CORPORATION, et al., | |
| Defendants. | |

**STIPULATION REGARDING DEFENDANT INTERSTATE'S MOTION TO JOIN DETROIT DIESEL'S MOTION TO COMPEL DISCOVERY**

The parties hereto stipulate and agree as follows:

1. On July 12, 2007, Defendant Interstate Power Systems, Inc. ("Interstate") filed its Motion to Compel And For Leave to Join Detroit Diesel Corporation's Motion to Compel Production of Documents and to Amend the Scheduling Order as Docket No. 38 in Case No. 05-74594 and Docket No. 36 in Case No. 05-74930 ("Interstate Motion").

2. On July 19, 2007, Interstate filed a Notice of Joinder in Detroit Diesel Corporation's Reply in Support of its Motion to Compel Production of Documents and to Amend the Scheduling Order as Docket No. 44 in Case No. 05-74594 and Docket No. 42 in Case No. 05-74930.

3. Detroit Diesel's Motion to Compel and to Amend the Scheduling Order ("Detroit Diesel's Motion") was heard on October 17, 2007 before Magistrate Mona K Majzoub.

4. Magistrate Majzoub, by Order dated October 18, 2007, granted Detroit Diesel's Motion.

5. The Interstate Motion was resolved by the Court's disposition of Detroit Diesel's motion.

6. The parties consent to an order of the Court confirming these facts.

Dated: February 6, 2008

s/ with consent of Wayne A. Mack
Wayne A. Mack
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
Tel: (215) 979-1000
*Counsel For Plaintiffs*

s/ with consent of James E. DeLine
William A. Sankbeil (P19882)
James E. DeLine (P45205)
KERR, RUSSELL and WEBER, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226-3406
Tel: (313) 961-0200
*Counsel For Plaintiffs*

s/ with consent of Peter Ryan
Robert C. Heim
George G. Gordon
Peter Ryan
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: (215) 994-4000
peter.ryan@dechert.com

s/ with consent of Mark G. Cooper
Mark G. Cooper (P52657)
JAFFE, RAITT, HEUER & WEISS P.C.
27777 Franklin Road, Suite 2500
Southfield, MI 48034-8214
Tel: (248) 351-3000
mcooper@jaffelaw.com

*Counsel for Defendants Penn Detroit Diesel-Allison, Inc., Central Detroit Diesel-Allison, Inc., Inland Detroit Diesel-Allison, Inc., Johnson & Towers,
Inc., New England Detroit Diesel-Allison, Inc., Valley Power Systems, Inc.,
and Western Branch Diesel, Inc.*

s/ with consent of Daniel L. Goldberg
Daniel L. Goldberg
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Tel: (617) 951-8000
daniel.goldberg@bingham.com

s/ with consent of Howard B. Iwrey
Howard B. Iwrey (P39635)
DYKEMA GOSSETT PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
Tel: (248) 203-0526
hiwrey@dykema.com

*Counsel for Defendants Detroit Diesel
Corporation, Atlantic Detroit Diesel-Allison,
LLC, and Florida Detroit Diesel-Allison, Inc.*

s/ with consent of Lee A. Henderson
Lee A. Henderson
HESSIAN & MCKASY, P.A.
4000 Campbell Mithun Center
222 South Ninth Street
Minneapolis, MN 55402
Tel: (612) 746-5750
lhenderson@hessianmckasy.com

*Counsel for Defendant Interstate Power Systems, Inc.*

3